■ DANIEL L. GRAY et al., Copartners Doing Business as GRAYCO BUILDERS, Respondents, v. MET CONTRACTING CORP. et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents.

No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.